## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

_____

*Chem RX Pharmacy Services, LLC*

                                           Plaintiff,

                                        Civil Action: 6:13-CV-1216 (FJS/ATB)

    vs.

Folts Home dba/Folts Homes; Folts, Inc.
dba/Folts Homes

                                        Defendants.

_____

<u>APPEARANCES:</u>                          <u>OF COUNSEL:</u>
<u>FOR PLAINTIFF</u>

Fultz, Maddox Law Firm             Benjamin C. Fultz, Esq.
101 S. Fifth Street, 27th floor          Jennifer M. Stinnett, Esq.
Louisville, KY 40202                 Matthew C. Williams, Esq.

<u>FOR DEFENDANT</u>:

Hinman Howard Law Firm           Daniel R. Norton, Esq.
80 Exchange Street                   Harvey D. Mervis, Esq.
Binghamton, New York 13902

FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

## JUDGMENT DISMISSING ACTION
## <u>BY REASON OF SETTLEMENT</u>

    The parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement within 30 days, following which this action will be discontinued by stipulation pursuant to Rule 41 (a) (1) (ii) of the Federal Rules of Civil Procedure. Based upon this

development, it is no longer necessary for this action to remain on the court's active docket.

It is therefore hereby

**ORDERED that**

1) This action is dismissed, without prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within two months from the date of this order upon good cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.


Dated: May 1, 2014
       Syracuse, New York

                                        Hon. Frederick J. Scullin, Jr.
                                        Senior U.S. District Judge