**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

**CHEM RX PHARMACY SERVICES, LLC,**

                **Plaintiff,**

        v.                              **6:13-CV-1216
(FJS/ATB)**

**FOLTS HOME doing business as Folts Homes
and FOLTS, INC doing business as Folts
Homes,**

                **Defendants.**

---

| **APPEARANCES** | **OF COUNSEL** |
|---|---|
| **FULTZ MADDOX** | **BENJAMIN C. FULTZ, ESQ.** |
| **HOVIOUS & DICKENS PLC** | **JENNIFER M. STINNETT, ESQ.** |
| 101 South Fifth Street | **MATTHEW C. WILLIAMS, ESQ.** |
| 27th Floor | |
| Louisville, Kentucky 40202 | |
| Attorneys for Plaintiff | |
| | |
| **BOND, SCHOENECK & KING, PLLC** | **CAMILLE WOLNIK HILL, ESQ.** |
| One Lincoln Center | |
| Syracuse, New York 13202 | |
| Attorneys for Defendants | |

**SCULLIN, Senior Judge**

## ORDER

      Based on the parties' Stipulation to Entry of Order of Judgment, filed October 14, 2014, the Court issued an Order of judgment in favor of Plaintiff and against Defendants, jointly and severally, as to Counts I and VI of Plaintiff's First Amended Complaint and dismissed Counts III, IV and V of Plaintiff's First Amended Complaint on the merits with prejudice. *See* Dkt. No. 42 at 1-2. The Court further ordered that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, final

judgment should be entered with respect to Counts I, III, IV, V, and VI of Plaintiff's First Amended Complaint. *See id.* at 2-3.

On May 29, 2015, the parties filed a stipulation to entry of judgment with respect to the only remaining claim, Count II of Plaintiff's First Amended Complaint. *See* Dkt. No. 54. Based on this stipulation, the Court hereby

**ORDERS** that Plaintiff shall have judgment against Defendants, jointly and severally, as to **Count II** of Plaintiff's First Amended Complaint in the principal amount of **$35,000.00** and post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of the entry of this Order until the judgment is paid in full; and the Court further

**ORDERS** that the Clerk of the Court shall enter a final judgment in favor of Plaintiff with respect to **Count II** of Plaintiff's First Amended Complaint and close this case.[1]

**IT IS SO ORDERED.**

Dated: June 2, 2015
  Syracuse, New York

  Frederick J. Scullin, Jr.
  Senior United States District Judge

---

[1] As noted this judgment is in addition to the final judgment that the Court entered with respect to Counts I, III, IV, V, and VI of Plaintiff's First Amended Complaint.